IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

BARBARA TIDMORE,
AS TRUSTEE OF THE ESTATE OF
WILLIAM TIDMORE
an individual,

    Plaintiff,                                           CASE NO.:  2:19-CV-131-FTM-99MRM

vs.

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON (THOSE UNDERWRITERS
SUBSCRIBING TO CERTIFICATE OF INSURANCE
NUMBER 1693909)
a foreign entity,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Certain Underwriters at Lloyd's, London

    Disability Management Services, Inc.

    Paulino-Grisham, Alicia, Counsel for Plaintiff

    Paulino-Grisham & Chmielarz, P.A., d/b/a DI Law Group, Counsel for Plaintiff

    Tidmore, Barbara, Plaintiff

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

1

    None known at this time.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None known at this time.

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Barbara Tidmore, Plaintiff

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: March 22, 2019

DI LAW GROUP
3201 W. Commercial Blvd., Suite 227
Fort Lauderdale, Florida 33309
Telephone: (954) 989-9000
Facsimile: (954) 989-9999
Attorney for Plaintiff, TIDMORE

/s/ Alicia Paulino-Grisham
Alicia Paulino-Grisham (0676926)
alicia@dilawgroup.com