**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CASE NO.:  2:19-CV-131-FtM-99UAM**

**BARBARA TIDMORE, AS TRUSTEE OF THE**
**ESTATE OF WILLIAM TIDMORE an**
individual,

      **Plaintiff,**

vs.

**CERTAIN UNDERWRITERS AT LLOYD'S,**
**LONDON (THOSE UNDERWRITERS**
**SUBSCRIBING TO CERTIFICATE OF**
**INSURANCE NUMBER 1693909) a**
foreign entity,

      **Defendant.**
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

      Certain Underwriters at Lloyd's London Subscribing to Certificate Number 1693909
      c/o Erin M. Raschke,  Esq.
      Danielle G. Breiter, Esq.
      Phelps Dunbar LLP
      100 South Ashley Drive, Suite 2000
      Tampa, Florida 33602
      Defendant

>Erin M. Raschke, Esq.
>Danielle G. Breiter, Esq.
>Phelps Dunbar LLP
>100 South Ashley Drive, Suite 2000
>Tampa, Florida 33602
>Counsel for Defendant
>
>Kyle S. Moran, Esq.
>Phelps Dunbar LLP
>365 Canal Street, Suite 2000
>New Orleans, Louisiana 70130
>Counsel for Defendant
>
>Barbara Tidmore, as Trustee of the Estate of
>William Tidmore, an individual
>c/o Alicia Paulino-Grisham, Esq.
>DI Law Group
>3201 West Commercial Blvd., Suite 227
>Fort Lauderdale, Florida 33309
>Plaintiff
>
>Alicia Paulino-Grisham, Esq.
>DI Law Group
>3201 West Commercial Blvd., Suite 227
>Fort Lauderdale, Florida 33309
>Counsel for Plaintiff

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

>None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

>None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

>None known.

Defendant hereby certifies that, except as disclosed above, Defendant is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.  I have inserted "None" if there is no actual or potential conflict of interest.

Date:  April 11, 2019

        Respectfully submitted,

        **PHELPS DUNBAR LLP**

        **/s/  Erin M. Raschke**
        **Erin M. Raschke, Esq.**
        Florida Bar No. 0013397
        erin.raschke@phelps.com
        **Danielle G. Breiter, Esq.**
        Florida Bar No. 0124618
        danielle.breiter@phelps.com
        100 South Ashley Drive • Suite 2000
        Tampa, Florida 33602-5311
        Telephone:  (813) 472-7550
        Facsimile:  (813) 472-7570
        *Attorneys for Defendant, Certain Underwriters at Lloyd's, London Subscribing to Certificate Number 1693909*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system on April 11, 2019, which will send an electronic notice to all counsel or parties of record on the Service List below.

        **/s/ Erin M. Raschke**
        Attorney

- 4 -

## SERVICE LIST

**Alicia Paulino-Grisham, Esq.**
E-mail: alicia@dilawgroup.com
**DI LAW GROUP**
3201 West Commercial Blvd., Suite 227
Fort Lauderdale, Florida 33309
Telephone: (954) 989-9000
Facsimile: (954) 989-9999
Counsel for Plaintiff, Tidmore